UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALONZO DWAYNE COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13CV61 SNLJ |
| MICHAEL C. HAKALA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for relief from the Court's Order requiring him to pay the increased filing fee of $400. After reviewing plaintiff's briefing on the matter, the Court agrees that plaintiff should be required to pay the $350 filing fee that was in effect at the time he filed this action by placing his complaint in the prison mailing system.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for relief from the Court's April 30, 2013 Memorandum and Order requiring him to pay the increased filing fee of $400 [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall only be responsible for paying the $350 filing fee that was in effect at the time he placed his complaint in the prison mailing system.

Dated this 10th day of June, 2013.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE