UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ALONZO DWAYNE COLEMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:13CV61 SNLJ |
| MICHAEL C. HAKALA, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for relief from the Court's Order requiring him to pay the increased filing fee of $400. After reviewing plaintiff's briefing on the matter, the Court agrees that plaintiff should be required to pay the $350 filing fee that was in effect at the time he filed this action by placing his complaint in the prison mailing system.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for relief from the Court's April 30, 2013 Memorandum and Order requiring him to pay the increased filing fee of $400 [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall only be responsible for paying the $350 filing fee that was in effect at the time he placed his complaint in the prison mailing system.

Dated this 10th day of June, 2013.

_/s/ Stephen N. Limbaugh, Jr._
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE