UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALONZO DWAYNE COLEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13CV61 SNLJ |
| MICHAEL C. HAKALA, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for appointment of counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #54] is **GRANTED**.

**IT IS FURTHER ORDERED** that Shanna K. Surratt, MOSS AND STILLWELL LAW FIRM, 1471 N. Kingshighway, Cape Girardeau, MO, 63701, telephone number (573) 339-9223, fax (573) 339-9224, is appointed to represent plaintiff in this matter. The Clerk of Court shall provide a complete copy of the court file to plaintiff's appointed counsel at no cost.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall have until **June 30, 2014** to file an amended complaint in this matter.

**IT IS FURTHER ORDERED** that plaintiff's motions for physical exam and for preliminary injunction [Doc. #57 and #62] are **DENIED WITHOUT PREJUDICE**, subject to refiling by appointed counsel, if counsel so chooses.

Dated this 2nd day of May, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE